NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul L. More, SBN 228589
F. Benjamin Kowalczyk, SBN 316796
McCRACKEN, STEMERMAN & HOLSBERRY LLP
595 Market Street, Suite 800 / San Francisco, CA 94105
TEL: 415-597-7200
FAX: 415-597-7201

ATTORNEY(S) FOR: TEAMSTERS LOCAL 396

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396<br>Plaintiff(s),<br>v.<br>MADISON MATERIALS<br>Defendant(s) | CASE NUMBER: 18-cv-01772<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396 | PLAINTIFF |
| MADISON MATERIALS | DEFENDANT |

9/28/2018
Date

/s/Paul L. More
Signature

Attorney of record for (or name of party appearing in pro per):

TEAMSTERS LOCAL 396

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**