AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396 *Plaintiff(s)* v. MADISON MATERIALS *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:18-CV-1772 JLS (ADSx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MADISON MATERIALS, INC.
JUDITH HELAINE WARE
1035 EAST 4TH STREET
SANTA ANA CA 92701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul L. More, SBN 228589/ F. Benjamin Kowalczyk, SBN 316796
McCRACKEN, STEMERMAN & HOLSBERRY LLP
595 Market Street, Suite 800 / San Francisco, CA 94105
TEL: 415-597-7200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*