1 | John M. Cowden (State Bar No. 224963)
  | *jmc@manningllp.com*
2 | Kevin H. Louth (State Bar No. 110873)
  | *khl@manningllp.com*
3 | Jordon R. Ferguson ( State Bar No. 276578)
4 | *jrf@manningllp.com*
  | **MANNING & KASS**
5 | **ELLROD, RAMIREZ, TRESTER LLP**
  | 19800 MacArthur Blvd, Suite 900
6 | Irvine, California 92612
7 | Telephone: (949) 440-6690
  | Facsimile: (949) 474-6991
8 |
9 | *Attorneys for Respondent,*
  | MADISON MATERIALS, a California Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396,<br><br>Petitioner,<br><br>v.<br><br>MADISON MATERIALS; AND DOES I THROUGH X,<br><br>Respondent. | Case No. 18-cv-01772 JLS (ADS)<br>[The Hon. Josephine L. Staton; Magistrate Autumn D. Spaeth]<br><br>**NOTICE OF INTERESTED PARTIES SUBMITTED BY RESPONDENT MADISON MATERIALS**<br>**(C.D.Cal. L.R. 7.1-1)** |

TO THE COURT, TO PETITIONER INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396, AND ITS ATTORNEYS OF RECORD:

The undersigned, as counsel of record for Respondent MADISON MATERIALS, a California Corporation, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to C.D. Cal. Local Rule 7.1-1, to enable the Court to evaluate possible disqualification or recusal:

1

1. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 396 (Petitioner).
2. MADISON MATERIALS, a California Corporation (Respondent).
3. WARE DISPOSAL COMPANY, INC.

DATED: November 8, 2018

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: /s/John M. Cowden
John M. Cowden
Kevin H. Louth
Jordon R. Ferguson
Attorneys for Respondent
MADISON MATERIALS, a California Corporation

C:\Users\LRM\Documents\JMC\Teamsters v. Madison - Ntc Interested Parties Final.docx

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19800 MacArthur Boulevard, Suite 900, Irvine, CA 92612.

On November 9, 2018, I served true copies of the following document(s) described as **NOTICE OF INTERESTED PARTIES SUBMITTED BY RESPONDENT MADISON MATERIALS (C.D.Cal.L.R. 7.1-1)** on the interested parties in this action as follows:

| | |
|---|---|
| Paul L. More<br>Benjamin Kowalczyk<br>McCracken, Stemerman & Holsberry, LLP<br>595 Market Street, Suite 800<br>San Francisco, CA 94105<br>T: 415-597-7200<br>F: 415-597-7200<br>Email: pmore@msh.law<br>fbkowalcyzk@msh.law | Attorneys for Petitioner,<br>International Brotherhood of Teamsters, Local 396 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 9, 2018, at Irvine, California.

/s/ Laura Mendez
Laura Mendez